# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| JOHN MALOTT AND MICHELLE MALOTT, | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | )     Case No. 3:16-cv-0045 <br> )     Judge Trauger |
| MARRIOTT HOTEL SERVICES, INC., | ) <br> ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

The parties, by and through undersigned counsel, hereby give notice to the Court that the Plaintiffs and Defendant have reached a settlement in this case. After Plaintiffs execute a Release and Confidentiality Agreement, and any additional necessary documentation has been exchanged, the Parties will submit a Stipulation of Dismissal with Prejudice concerning Plaintiffs' claims against Defendant pursuant to Rule 41(a)(1)(A)(ii).

                                                             Respectfully submitted,

                                                             SHUTTLEWORTH, PLLC

                                                             /s/ Robert W. Briley
                                                             KENNETH R. SHUTTLEWORTH, BPR #8870
                                                             krs@swlawpllc.com
                                                             ROBERT W. BRILEY, BPR #18560
                                                             rbriley@swlawpllc.com
                                                             401 Church Street, Suite 2700
                                                             Nashville, Tennessee 37219
                                                             (615) 833-3390
                                                             Attorneys for Defendant

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Notice of Settlement has been filed with the Clerk of the Court on June 4, 2018 using the CM/ECF system which sent notification of this filing to all ECF registered counsel of record via e-mail generated by the Court's ECF system, on the following:

Matthew C. Hardin, Esq.
Mathew McFarland, Esq.
*Matt Hardin Law, PLLC*
28 White Bridge Road, Suite 400
Nashville, TN 37205

/s/ Robert W. Briley
ROBERT W. BRILEY